BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-314 LKK |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| JOSE LUIS MORALES, JUAN MORALES, ENRIQUE MORALES, TERESA MARIA MORALES PETRA PRECIADO MORALES, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Wednesday, September 7, 2011, in case number 2:07-CR-314 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference and changes of plea set for Wednesday, September 7, 2011, at 9:15 a.m., be continued to Tuesday, September 20, 2011, at 9:15 a.m., and that the time beginning September 7, 2011, and extending through September 20, 2011, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense

1

counsel's need to prepare.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for September 7, 2011, at 9:15 a.m., be continued to September 20, 2011, at 9:15 a.m., and that the time beginning September 7, 2011, and extending through September 20, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT