BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE LUIS MORALES, et al.,<br><br>        Defendants. | 2:07-CR-314 LKK<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**ORDER**

The parties appeared before the Court on Tuesday, November 29, 2011, in case number 2:07-CR-314 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the case be set for trial to commence on June 26, 2012, at 10:30 a.m., and that the time beginning November 29, 2011, extending through June 26, 2012, be excluded from the calculation of time under the Speedy Trial Act. A trial confirmation hearing was set for June 12, 2012, at 9:15 a.m.

The exclusion of time is appropriate in order to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code

T4. Multiple counsel have other matters set in both federal and state courts prior to June 2012 that prevent them from trying this case sooner. Consequently, an earlier trial date is not possible.

The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. Id. In particular, counsel for Juan Morales was appointed on September 20, 2011, and has not had sufficient time to review the case file. In addition, counsel for Jose Luis Morales has indicated that he intends to file a motion to withdraw from the case. This motion is set to be heard by the Court on December 13, 2011. In the event that this motion is granted, the six months between the date of this order and the start of trial will be needed in order to allow a newly-appointed attorney time to prepare.

ACCORDINGLY, it is hereby ordered that the case be set for trial to commence on June 26, 2012, at 10:30 a.m., and that the time between November 29, 2011, and June 26, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: November 30, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT