KELLY BABINEAU, SBN 190418
Attorney at Law
901 H Street, suite 203
Sacramento CA 95814
Tel: (916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net
Attorney for JUAN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MORALES,<br><br>Defendant | Case No.: 2:07-CR-00314LKK<br><br>WAIVER OF DEFENDANT'S PRESENCE |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Juan Morales, hereby waives the right to be resent in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be

deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trail any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 11, 2012 /s/ Juan Morales  
JUAN MORALES  
Defendant

I agree and consent to my client's waiver of appearance.

Dated: June 11, 2012 /s/ Kelly Babineau  
KELLY BABINEAU  
Attorney for Defendant  
ALLA SAMCHUK

IT IS SO ORDERED.

Dated: JUNE 11, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT