1  **DINA L. SANTOS**
   A Professional Law Corp
2  State Bar No. 204200
   428 J Street, Suite 359
3  Sacramento, CA 95814
   Telephone: (916) 447-0160
4  Facsimile: (916) 447-2988

5

   Attorney for Petitioner
6  JOSE LUIS MORALES

7

8
## IN THE UNITED STATES DISTRICT COURT
9
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  **UNITED STATES OF AMERICA**,    )    CR. S-07-314 LKK
                                     )
14           Plaintiff,               )
                                     )    WAIVER OF DEFENDANT'S
15  v.                               )    PRESENCE
    **JOSE LUIS MORALES**            )
                                     )
16           Defendant               )
                                     )
17  _____  )

18

19       The defendant, JOSE LUIS MORALES, hereby waives his right to be present in open

20  court upon the hearing of any motion or other proceeding in this cause, including, but not limited

21  to, when the case is ordered set for trial, when a continuance is ordered, and when any other

22  action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a

23  jury and imposition of sentence.  Defendant hereby request the court to proceed during every

24  absence of his which the court may permit pursuant to this waiver; agrees that his interest will be

25  deemed represented at all times by the presence of his attorney, the same as if the defendant were

26  personally present; and further agrees to be present in court ready for trial any day and hour the

27  court may fix in his absence.

28

         Defendant further acknowledges that he has been informed of her rights under Title 18

U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of that Act without defendant being present.

Dated: June 11, 2012 /s/ Jose Luis Morales
JOSE LUIS MORALES
Defendant

Dated: June 11, 2012 /s/ Dina L. Santos
DINA L. SANTOS
Attorney for
JOSE LUIS MORALES

ORDER

IT IS SO ORDERED.

Dated: June 11, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT