1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   Enrique Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-07-314 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND CONTINUING THE STATUS CONFERENCE FROM OCTOBER 30, 2012 TO DECEMBER 11, 2012 |
| v. | ) ) | |
| ENRIQUE MORALES, | ) ) | |
| Defendant. | ) ) | |

The defendants, by and through their attorneys, and the United States by and through its attorney, Kyle Reardon, hereby stipulate that the Status Conference currently scheduled for October 30, 2012 at 9:15 a.m., should be continued to December 11, 2012 at 9:15 a.m. The additional time is required for the government to provide the defense with additional discovery. Accordingly, the time between October 30, 2012 and December 11, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon and the other defense attorneys have authorized Mr. Locke to sign this document for them.

DATED: October 27, 2012                   /S/ Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Enrique Morales

1

DATED: October 27, 2012        /S/ Bruce Locke
                               KELLY BABINEAUX
                               Attorney for Jose Luis Morales

DATED: October 27, 2012        /S/ Bruce Locke
                               DINA SANTOS
                               Attorney for Juan Morales

DATED: October 27, 2012        /S/ Bruce Locke
                               TIMOTHY F. WARRINER
                               Attorney for Teresa Maria Morales

DATED: October 27, 2012        /S/ Bruce Locke
                               DONALD P. DORFMAN
                               Attorney for Petra Preciado Morales

DATED: October 27, 2012        /S/ Bruce Locke
                               For KYLE REARDON
                               Assistant United States Attorney

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on October 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 30, 2012, be continued to **Tuesday, December 11, 2012 at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 29, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 30, 2012, through and including December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) [reasonable time to prepare] and Local Code T4.

DATED: October 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT