BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00314 LKK |
| Plaintiff, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| JOSE LUIS MORALES, et al, | |
| Defendants. | |

The parties appeared before the Court on Tuesday, April 23, 2013, in case number 2:07-CR-00314 LKK. At that time, the parties asked the Court to set the matter for a further status conference on June 25, 2013, as to defendants Jose Luis Morales, Enrique Morales, Teresa Maria Morales and Petra Preciado Morales only.[1]

Due to the above-named defendants' counsel needing additional time to review discovery, the Court found that the time beginning April 23, 2013, and extending through June 25, 2013, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to the above-named parties' need to prepare. The

---

[1] Counsel for defendant Juan Morales was not present. The Court ordered defendant Juan Morales' counsel to appear on April 30, 2013.

additional time is necessary to ensure the above-named parties' effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the further status conference set for April 23, 2013, be continued to June 25, 2013, and that the time beginning April 23, 2013, and extending through June 25, 2013, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 29, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT