DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE LUIS MORALES




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JOSE LUIS MORALES,<br>               et al,<br>               Defendants.<br>_____ | No. CRS 07-314<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:   September 10, 2013<br>Time:   9:15 a.m.<br>Judge:  Hon. Karlton |


     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney KYLE REARDON, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE LUIS MORALES; Attorney Kelly Babineau, Counsel for Defendant JUAN MORALES; Attorney Bruce Locke, Counsel for Defendant ENRIQUE MORALES; Attorney Timothy Warriner, Counsel for Defendant TERESA MARIA MORALES; Attorney Donald Dorfman, Counsel for Defendant PETRA PRECIADO MORALES; that the status conference scheduled for June 25, 2013, be vacated and the matter be continued to this Court's criminal calendar on September 10, 2013, at 9:15 a.m., for further status.

This continuance is requested by the defense in order to continue further client consultation concerning available courses of action, review of the thousands of documents that were provided within the last few months, and to continue in negotiations with the Prosecutor to attempt to reach an acceptable disposition.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 10, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**


Dated: June 21, 2013             /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 JOSE LUIS MORALES


Dated: June 21, 2013             /s/ Kelly Babineau
                                 KELLY BABINEAU
                                 Attorney for Defendant
                                 JUAN MORALES

Dated: June 21, 2013             /s/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Defendant
                                 ENRIQUE MORALES

```
1    Dated: June 21, 2013              /s/ Timothy Warriner
                                       TIMOTHY WARRINER
2                                      Attorney for Defendant
                                       TERESA MARIA MORALES
3    Dated: June 21, 2013              /s/ Donald Dorfman
4                                      DONALD DORFMAN
                                       Attorney for Defendant
5                                      PETRA PRECIADO MORALES

6    Dated: June 21, 2013              /s/ Kyle Reardon
                                       KYLE REARDON
7                                      Assistant United States Attorney
                                       Attorney for Plaintiff
8

9

10

11

12

13                           O R D E R

14   IT IS SO ORDERED.

15           By the Court,

16

17   Dated: June 24, 2013

18

19                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
20                          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28
```

Stipulation and Order                    3