Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Teresa Morales

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TERESA MARIA MORALES, ENRIQUE MORALES, JOSE LUIS MORALES, JUAN MORALES, and PETRA PRECIADO MORALES, <br><br> Defendants. | Case No. CR S 07–00314 LKK <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

A status conference is presently set for November 19, 2013. Counsel are continuing to review, index, and summarize the 10,000 (approx.) new pages of discovery. Additionally, counsel are attempting to reach a resolution of this matter. Therefore, the parties request and stipulate that the status conference be continued to January 14, 2014. The parties further stipulate that time continue to be excluded until the January 14, 2014 status conference due to preparation of counsel (Local Code T4), and that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

DATED: November 15, 2013 /s/ Timothy E. Warriner, Attorney for Teresa Morales

1

| | |
|---|---|
| DATED: November 15, 2013 | /s/ Bruce Locke, Attorney for Enrique Morales |
| DATED: November 15, 2013 | /s/ Dina Santos, Attorney for Jose Luis Morales |
| DATED: November 15, 2013 | /s/ Kelly Babineau, Attorney for Juan Morales |
| DATED: November 15, 2013 | /s/ Donald P. Dorfman, Attorney for Petra Preciado Morales |
| DATED: November 15, 2013 | /s/ Kyle Reardon, Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now set for November 19, 2013 be continued to January 14, 2014 at 9:15 a.m. It is further ordered that time continue to be excluded to January 14, 2014 for preparation of counsel pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4. Pursuant to the stipulation of the parties, the court finds that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

DATED: November 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT